IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 3:25-mj-00298-WCM |
| v. | ) |
| | ) |
| ROBERTO IVAN PAREDES RUBIO | ) |
| | ) |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Consuelo Burch, Deportation Officer, Immigration and Customs Enforcement, United States Department of Homeland Security, being duly sworn, state the following:

### BACKGROUND

1. That your Affiant is a graduate of the Federal Law Enforcement Training Center ("FLETC") and has been employed as a federal officer with Immigration and Customs Enforcement ("ICE") and the United States Border Patrol ("USBP") for sixteen years, during which time I have conducted numerous investigations relating to administrative and criminal violations of the Immigration & Nationality Act ("INA");

2. That the information contained in this Affidavit is based on your Affiant's personal participation in this investigation and from information provided to your Affiant by other law enforcement officers. This Affidavit is submitted for the limited purpose of presenting facts to support a probable cause finding for the issuance of a criminal complaint against Roberto Ivan PAREDES Rubio, a/k/a Roberto Ivan Paredes-Rubio, a/k/a Roberto Ivan Paredes, a/k/a Roberto Ivan Rubio, and a/k/a Ivan Roberto Paredes Rubio ("PAREDES Rubio"). Your Affiant

1

has not included each and every fact known to her concerning this investigation and has set forth only those facts necessary for said purpose;

3. That sufficient facts exist to support a probable cause finding that PAREDES Rubio violated Title 8, United States Code, Sections 1326(a) and (b)(2) (illegal reentry by a convicted aggravated felon);

**FACTS SUPPORTING A PROBABLE CAUSE FINDING**

4. That, on or about October 29, 2025, the Monroe Police Department arrested PAREDES Rubio for DRIVING WHILE IMPAIRED, FAILURE TO BURN HEADLAMPS, NO OPERATORS LICENSE, and FOLLOWING TOO CLOSELY (Union County Court Docket 2025CR451184), and it subsequently transported him to the Union County Jail in Monroe, North Carolina;

5. That, on October 30, 2025, arrest prints taken by the Monroe Police Department were submitted via an Immigration Alien Query to the FBI (pursuant to the Secure Communities federal initiative). The report generated by that submission disclosed that PAREDES Rubio has been assigned FBI Number JDHVX906V, Immigration A-file Number 220-954-746, and State Identification Number NC2175409A, and that immigration records indicated that PAREDES Rubio was removed from the United States without record of a legal reentry. That same day, agency form I-247A (Immigration Detainer) was lodged against PAREDES Rubio at the Union County Jail in Monroe, North Carolina;

6. That, on November 2, 2025, PAREDES Rubio posted bond on the Union County state charges and was then transferred from the custody of the Union County, North Carolina Sheriff's Office to ICE custody; he was transported to ICE offices in Charlotte, where he was interviewed and fingerprinted. PAREDES Rubio's fingerprints were submitted through the Next

2

Generation Identification (NGI) system, which is connected to the National Crime Information Center (NCIC) and IDENT, an automated biometric identification system used by ICE. The reports generated by that submission disclosed that PAREDES Rubio has been assigned FBI Number JDHVX906V, Immigration A-file Number 220-954-746, and State Identification Number NC2175409A;

7. That your Affiant conducted criminal justice inquiries and database searches, reviewed Immigration A-file 220 954 746 relating to PAREDES Rubio, and discovered that:

   a. his name is Roberto Ivan PAREDES Rubio, per his own statements and information obtained from the Mexican voter identification cards in his A-file;

   b. he is also known as Roberto Ivan Paredes-Rubio, Roberto Ivan Paredes, Roberto Ivan Rubio, and Ivan Roberto Paredes Rubio;

   c. he is a Mexican citizen by birth (born in Tamaulipas, Mexico on May 12, 1994), per his own statements and information obtained from the Mexican voter identification cards in his A-file;

   d. he has also used December 5, 1994, as his date of birth;

   e. he was assigned FBI Number JDHVX906V, State Identification Number NC2175409A, and North Carolina Department of Adult Corrections Offender ID Number 1705089;

   f. on March 29, 2014, he was admitted into the United States as an H2B Temporary Non-Immigrant Agricultural Worker with authorization to remain in the United States for a temporary period not to exceed December 10, 2014;

   g. on February 5, 2022, ICE Officers encountered him at the Union County Jail after his arrest by the Union County Sherriff's Office for FIRST DEGREE BURGLARY,

3

ASSAULT WITH DEADLY WEAPON INTENT TO KILL INFLICTING SERIOUS INJURY, and ASSAULT ON A FEMALE (Court Docket 2022CRS050355). On the same day, ICE agency form I-247G (Request for Advance Notification of Release) was lodged against him at the Union County Jail;

h. on April 22, 2022, a Union County, North Carolina, court issued a Protection Order (Court Docket Number 22CVD1080, expired on June 14, 2023) against Ivan Roberto Paredes Rubio to protect the following persons: D--- P--- (age 4 at the time of issuance), I--- P--- (age 12 at the time of issuance), and M--- D--- F--- A--- (age 36 at the time of issuance);

i. on March 21, 2023, PAREDES Rubio was convicted in Union County, North Carolina, Superior Court (Court Docket Number 2022CRS050355) for BREAK/ENTER TO TERRORIZE/ INJURE and ASSAULT WITH A DEADLY WEAPON, and he received a sentence of 5-15 months of confinement (suspended for 24 months of supervised probation); According to the Union County Sheriff's Office Incident/Investigation Report and the related Magistrate's Order, PAREDES Rubio assaulted victim M--- D--- F--- A---, an ex-wife with whom he shared a child, by striking her in the head with a .45 caliber Interarms Star pistol; the responding deputies reportedly "heard the distinct sound of a pistol charging/racking" when they arrived;

j. on April 26, 2023, an ICE Fugitive Operations Unit encountered PAREDES Rubio at the Union County, North Carolina, Probation Office. He was determined to be unlawfully present in the United States and administratively arrested for violating the INA. He was served agency form I-862 Notice to Appear in violation of section

237(a)(1)(B) of the INA for remaining in the United States for a period longer than permitted;

k. on August 2, 2023, an immigration judge at the Stewart Immigration Court in Lumpkin, Georgia, ordered his removal to Mexico;

l. on August 21, 2023, agency form I-205 (Warrant of Removal/ Deportation) was executed by including PAREDES Rubio's fingerprint, signature, and photograph. He was removed, on foot, from the United States to Mexico at or near Brownsville, Texas, and he was advised before his removal that he could not enter, attempt to enter, or be found in the United States without the express consent of the Secretary of Homeland Security;

m. December 19, 2025, is the date for PAREDES Rubio's next court hearing (Court Docket 2025CR451184) in Union County, North Carolina, District Court for DRIVING WHILE IMPAIRED, FAIL TO BURN HEADLAMPS, NO OPERATORS LICENSE, and FOLLOWING TOO CLOSELY;

8. That, on November 4, 2025, after a thorough review of the A-file, your Affiant conducted record checks of immigration indices and was unable to locate any record that PAREDES Rubio applied for, or was granted, permission by the Attorney General of the United States or the Secretary of the Department of Homeland Security to apply for admission to the United States after deportation/removal.

## CONCLUSION

Based on the above information, your Affiant respectfully asserts that sufficient probable cause exists to issue a criminal complaint against PAREDES Rubio for violating Title 8, United States Code, Sections 1326(a) and (b)(2)(illegal reentry by a convicted aggravated felon).

*Assistant United States Attorney Kenneth Smith reviewed this Affidavit.*

RESPECTFULLY SUBMITTED,

/s/ Consuelo Burch

_____
Consuelo Burch, Deportation Officer
United States Immigration and Customs Enforcement

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this 12th day of November, 2025, at 2:36pm.

_____
W. Carleton Metcalf
United States Magistrate Judge